**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 18, 2015

Hon. Bennett Stahl
One Riverwalk Place, Suite 1800
700 N. St. Mary's Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Jonathan Pauerstein
755 E Mulberry Ave, Suite 200
San Antonio, TX 78212-4285
* DELIVERED VIA E-MAIL *

Hon. Steven J. Pawlowski
Shackelford, Melton & McKinley, LLP
3333 Lee Parkway, Tenth Floor
Dallas, TX 75231
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00713-CV
Tr.Ct.No. 45,434
Style:   Arcturus Corporation v. Espada Operating, LLC, Bengal Energy, L.P., Lee Roy Billington, Rodney Rolston and Mitchell K. Michelson

The Court has determined that the above-referenced case should be referred to mediation.  A copy of this Court's order referring case to mediation is enclosed.

The appeal will be stayed during the mediation period.  If a party has good cause for objecting to mediation, the party shall file a motion with the Court within seven days (7) days of the order referring the case to mediation setting forth the grounds for objection.  Notwithstanding the filing of a motion objecting to mediation, the parties should proceed with coordination of the mediation during the time the Court considers the motion.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   329th District Court
      Hon. Nerissa House, District Clerk